IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CARLOS BAYON,**

    Plaintiff,

v.                                                                                   Civil Action No. **3:20CV05**

**NORTHERN NECK REGIONAL JAIL**, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

    By Memorandum Order entered on January 14, 2020, the Court conditionally docketed Plaintiff's action. On March 2, 2020, the United States Postal Service returned the January 14, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                                                        /s/
                                                                 M. Hannah Lauck
                                                                 United States District Judge

Date: June 24, 2020
Richmond, Virginia